[Nos. 53443-2-I; 54169-2-I;   Division One.   July 3, 2006.]
54533-7-I.

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN DOUGLAS
HAYNES, *Appellant*.

*In the Matter of the Personal Restraint of* JUSTIN DOUGLAS
HAYNES, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-00852-7, James D. Cayce, J., entered
October 9, 2003, together with petitions for relief from
personal restraint. Judgment *affirmed* and petitions *dis-
missed* by unpublished per curiam opinion.

[No. 55491-3-I.   Division One.   July 3, 2006.]

DEBRA BARNETT ET AL., *Respondents*, v. WAL-MART STORES,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-24553-8, Terence Lukens, J., entered
November 29, 2004. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Coleman and Grosse, JJ.

[No. 55662-2-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES SIDNEY
CHAMPION, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-02529-1, Anthony P. Wartnik, J., entered
January 20, 2005. *Affirmed* by unpublished per curiam
opinion.

[No. 55667-3-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC MARVIN
JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-16950-1, Michael Hayden, J., entered
February 1, 2005. *Affirmed* by unpublished per curiam
opinion.